# IN THE SUPREME COURT OF THE STATE OF NEVADA

RENARD TRUMAN POLK,
                          Appellant,
                vs.
RENEE BAKER, WARDEN; JOSEPH
BURIN; DEBORAH STIPLIN;
MICHAEL BYRNE; SANDY ROSE;
JAMES COX; ROBERT LEGRAND,
WARDEN; TARA CARPENTER;
ROBERT SCHOFIELD; TONY CORDA;
JACK PALMER; AND DANIEL
SCHWARTZ,
                          Respondents.

No. 72499

FILED

MAR 1 3 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant has filed a notice of appeal from the "decision/judgment entered on January 27, 2017." Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge.

No "decision/judgment" was entered on the district court docket on January 27, 2017. It appears that the only appealable order that has been entered in the underlying matter was entered on June 24, 2016. Appellant previously filed an appeal from that order in Docket No. 71438. That appeal was dismissed as untimely by order of this court on January 6, 2017. Because it appears that no order has been entered in the

17-08337

underlying matter from which this court can properly exercise its appellate jurisdiction over, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.                _____, J.
Gibbons                                       Pickering


cc:    Hon. Steve L. Dobrescu, District Judge
       Renard Truman Polk
       Attorney General/Carson City
       White Pine County Clerk